# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH020
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $150,000.00 | 8/20/2024 | 2932 | 8/16/2024 | $150,000.00 |
| | | $203,092.50 | 9/17/2024 | 2989 | 9/3/2024 | $203,092.50 |
| | | $227,761.50 | 10/2/2024 | 3085 | 10/2/2024 | $227,761.50 |
| | | $400,461.93 | 10/28/2024 | 3181 | 10/24/2024 | $400,461.93 |
| **Total Transfers** | **4** | **$981,315.93** | | | | **$981,315.93** |